UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ashley Sronkoski,<br><br>    Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br>c/o Business Filings Incorporated<br>118 W. Edwards Street, Suite 200<br>Springfield, IL 62704,<br><br>    Defendant. | Case No.<br><br><br><br>**COMPLAINT**<br><br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiffs incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

5- Defendant is a corporation with its principal place of business in the State of Florida.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around December 4, 2014, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

10- On or around March 17, 2015, Plaintiff received a discharge that included the Debt.

11- Despite the bankruptcy filing and discharge, in or around August and September 2015, Defendant telephoned Plaintiff several times to collect the debt.

12- At the time of this communication, Defendant knew, or should have known, about Plaintiffsø bankruptcy filing and discharge.

13- Upon information and belief, Defendant failed to maintain reasonable procedures to avoid violations of the FDCPA by collecting on bankrupt debt.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e(10) by falsely representing that the debt was collectable.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692e(2) by falsely representing the legal status of the debt.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692f by engaging in unfair and unconscionable practices to collect a debt.

## **JURY DEMAND**

22- Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

23- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d. Any other legal and/or equitable relief as the Court deems appropriate.

    RESPECTFULLY SUBMITTED,

    Meier LLC

    By: */s/ Richard J. Meier*
    Richard J. Meier, Esq.
    53 W. Jackson Blvd, Suite 304
    Chicago, IL 60604
    Tel: 312-242-1849
    Fax: 312-242-1841
    richard@meierllc.com
    *Attorney for Plaintiff*